THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

R.H.F., :
:
        Plaintiff, :   Case No.: 5:23-cv-00243-MTT-CHW
:
v. :
:   Social Security Appeal
COMMISSIONER OF :
SOCIAL SECURITY, :
:
        Defendant. :
_____ :

# ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 7). In light of that request, to which the Plaintiff lodged no opposition, the Court hereby **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner, through the ALJ, will (1) further evaluate Plaintiff's shoulder impairment at step two; (2) further consider whether Plaintiff has an impairment, or combination of impairments, that meets or medically equals the severity of a listed impairment; (3) further evaluate the prior administrative medical findings; (4) further evaluate Plaintiff's subjective complaints; (5) further evaluate Plaintiff's maximum residual functional capacity; (6) offer Plaintiff the opportunity for a hearing; (7) take further action to complete the administrative record; and (8) issue a new

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with our without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

decision. The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 4th day of January, 2024.

s/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
